# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRISTOVAL BARAJAS & MARIA BARAJAS,<br><br>Plaintiff,<br><br>v.<br><br>GENERAL INSURANCE COMPANY OF AMERICA, et al.,<br><br>Defendants. | Case No. 1:25-cv-00237-SKO<br><br>[~~PROPOSED~~] ORDER REMANDING CASE PURSUANT TO 28 U.S.C. § 1447(c) |

The Court, having reviewed and considered the Parties' stipulation for an order limiting the amount in controversy and seeking remand to the Superior Court of California, County of Madera, and finding good cause shown, hereby orders that, based on the Parties' stipulation, this action is hereby remanded to the Superior Court of the State of California, County of Madera pursuant to 28 U.S.C. § 1447(c). Each party shall bear her, his, and its own costs and fees relating to the remand.

IT IS SO ORDERED.

Dated: __**March 24, 2025**__                                    _/s/ Jennifer L. Thurston_
                                                                                    UNITED STATES DISTRICT JUDGE